UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN C. BARRIENTES, <br> Plaintiff | § <br> § <br> § |
| v. | § Civil Action No. SA-02-CA-1097-FB |
| SOUTHWEST RESEARCH INSTITUTE, <br> Defendant | § <br> § <br> § |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the above-styled and numbered cause, and

It appearing to the Court that the parties have filed a Joint Stipulation of Dismissal with Prejudice and have agreed to entry of this judgment.

Judgment is hereby entered that the above styled and numbered cause be and it is hereby DISMISSED WITH PREJUDICE, with Plaintiff to be solely responsible for his own costs and attorney's fees and Defendant to be solely responsible for his own costs and attorney's fees.

SIGNED and ENTERED this 21 day of March, 2003.

JUDGE PRESIDING
FRED BIERY
UNITED STATES DISTRICT JUDGE

AGREED:

ARTHUR G. GUZMAN
ATTORNEY FOR PLAINTIFF

Date: February 18, 2003

CATHLEEN M. STRYKER
ATTORNEY FOR DEFENDANT

Date: Feb. 20, 2003

10